ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| EL PUEBLO DE PUERTO RICO<br><br>Apelado<br><br>v.<br><br>ENRIQUE MANUEL VALENTÍN DÍAZ<br><br>Apelante | KLAN202500232 | Recurso de *Apelación* procedente del Tribunal de Primera Instancia, Sala Superior de Mayagüez<br><br>Caso Núm. ISCR202300513 al 523<br><br>Sobre: Arts. 93 y 284 del Código Penal; Arts. 6.05, 6.09, 6.14 y 6.22 de la Ley de Armas |
|---|---|---|

Panel integrado por su presidenta, la Jueza Brignoni Mártir, la Jueza Álvarez Esnard y la Jueza Prats Palerm.

**SENTENCIA**

En San Juan, Puerto Rico, a 20 de agosto de 2025.

Considerado el *Aviso de Desistimiento* presentado el 18 de agosto de 2025 por la parte apelante, se declara Ha Lugar. De conformidad con lo dispuesto en la Regla 83 (A) del Reglamento del Tribunal de Apelaciones[1], se ordena el archivo del recurso KLAN202500232 por desistimiento con perjuicio en su respectiva reclamación, sin imposición de costas, gastos ni honorarios de abogado.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Regla 83 (A) del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 115, 215 DPR __ (2025).